IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-17736 |
| James M. Cassidy, ) | Chapter 11 |
| ) | Judge Carol A. Doyle |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on May 8, 2017, JAMES M. CASSIDY, filed his **Final Report and Account,** a copy of which is attached hereto and herewith served upon you.

/s/David K. Welch

### CERTIFICATE OF SERVICE

STATE OF ILLINOIS  )
                  )
COUNTY OF COOK    )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing **Notice** and **Final Report And Account** to be served First Class Mail, property addressed, postage pre-paid, to the attached Service List on the 8th day of May, 2017.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

**DEBTORS COUNSEL:**
David K. Welch (Atty. No. 06183621)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705, Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114

## SERVICE LIST

United States Trustee
219 S. Dearborn St.
Suite 873
Chicago, IL 60604

David P Leibowitz, ESQ
Lakelaw
420 W Clayton St
Waukegan, IL 60085

Steven C. Lindberg
Anselmo Lindberg Oliver LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563

Signature Bank
c/o J. Ryan Potts
Brotschul Potts LLC
30 N. LaSalle St., Suite 1402
Chicago, IL 60602

Signature Bank
c/o James Sullivan, Esq.
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  )
                                        )   Case No. 15-17736
James M. Cassidy,                       )   Chapter 7
                                        )   Judge Carol A. Doyle
                                        )
        Debtor/Debtor-in-Possession.    )

## FINAL REPORT AND ACCOUNT

JAMES M. CASSIDY, Debtor herein, by and through his Attorneys, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, submits this Final Report and Account, stating as follows:

1. On May 20, 2015, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Chapter 11 Case").

2. On April 27, 2017, the Chapter 11 Case was converted to a proceeding under Chapter 7 of the Bankruptcy Code.

3. David P. Leibowitz ("Trustee") has been appointed as Chapter 7 Trustee and continues to serve in such capacity.

4. By virtue of the case law regarding property of the estate after conversion, in which the assets of the estate are determined with reference to the date of the filing of the original case, there are no assets to turn over to the Trustee as there were no non-exempt assets as of the filing of the Chapter 11 Case.

5. The adversary proceeding entitled *James M. Cassidy v. Signature Bank*, adversary number 15-00627, which is pending in the Bankruptcy Court ("Retirement Funds Litigation"), involves the recovery of $300,000.00 in retirement funds of the Debtor that were wrongfully set off

by Signature Bank ("Bank") and applied to corporate indebtedness due to the Bank from Cassidy Brothers, Inc., which corporate indebtedness was purportedly personally guaranteed by the Debtor. Since the $300,000.00 are exempt retirement funds that are not property of the estate, the Bank had no right to such funds. For the same reasons, the Trustee and the Chapter 7 estate also have no right to these retirement funds. The Debtor has requested that the Trustee abandon any interest he may have in the Retirement Funds Litigation.

6. Pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, the Debtor has filed a separate Schedule of Unpaid Post-Petition Liabilities existing in the Chapter 11 Case as of conversion.

>                        Respectfully Submitted
>                        JAMES M. CASSIDY
>
> By:     /s/ David K. Welch
>         One of His Attorneys

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.   (Atty. No. 06183621)
Arthur G. Simon, Esq.  (Atty. No. 03124481)
Brian P. Welch, Esq.   (Atty. No. 06307292)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, IL 60603